MOTION GRANTED
Kevin H. Sharp

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ] | | |
| | ] | | |
| v. | ] | No. 3:12-cr-161 | |
| | ] | | |
| ZEID HASAN PRATT | ] | JUDGE SHARP | |

___

**MOTION TO CONTINUE PRE-TRIAL MOTION FILING DEADLINE FOR TWO WEEKS**
___

Comes now Zeid Hasan Pratt and respectfully MOVES that the pre-trial motion filing deadline, presently set for April 19, 2013,[1] be continued for two-weeks, until Friday, May 3, 2013. In support of this Motion counsel would show the following:

1. As has been mentioned in prior filings, the substance in question in this case has been reported NOT to be methamphetamine, but to be a substance containing a measurable amount of cocaine. On April 4, 2013, the Honorable Lynne Ingram, Assistant U.S. Attorney provided to counsel, as supplemental discovery, the relevant lab report. This report revealed both the weight of the substance (426 grams net weight), which is of rather profound legal significance (as it is a quantity for which there is no

___

[1] Pursuant to this Honorable Court's scheduling order, the deadline was set 45-days prior to jury trial, and jury trial is set June 4, 2013 (DE 27).