UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:12-cr-161 |
| | ] | |
| ZEID HASAN PRATT | ] | JUDGE SHARP |

___

**MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT WITH THE CLERK:
EXHIBIT ONE-DVD OF STOP & SEARCH**
___

Comes now the defendant, Zeid Hasan Pratt, by and through counsel, and respectfully moves to be permitted to file a physical exhibit with the Clerk of the Court, specifically a DVD recording of the stop and search in this cause. This DVD is presently identified as Exhibit One to Mr. Pratt's Memorandum of Law in Support of his Motion to Suppress. An additional copy of this DVD would be provided directly to the Chambers of this Honorable Court.

Respectfully submitted,

/s Richard Tennent
Richard Tennent, Tn.S.Ct. # 16931
*Bell, Tennent & Frogge, pllc*
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110/fax 244-1114
Richard@BTFLaw.com