UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00161 |
| | ) | JUDGE SHARP |
| ZEID HASAN PRATT | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Suppress the Fruits of Unconstitutional Detention (Docket No. 30) to which the Government has responded (Docket No. 38).

A hearing on this motion is hereby scheduled for Monday, June 17, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE