**UNITED STATES OF AMERICA**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:12-00161** |
| | ) | **Judge Sharp** |
| **ZEID HASAN PRATT** | ) | |

## <u>ORDER</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith,

Defendant's "Motion to Suppress the Fruits of Unconstitutional Detention" (Docket No. 30) is

hereby DENIED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE